United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BWP MEDIA, INC., d/b/a Pacific Coast News,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NABBLE, LLC,<br><br>　　　　Defendants. | Case No.  5:13-cv-05732 HRL<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>[Re:  Dkt. No. 12] |

The parties' stipulation extending time for defendant's response to the complaint is approved and defendant's response is due by June 6, 2014.  Inasmuch as that extension may affect the June 17, 2014 initial case management conference and other related deadlines set by court order (Dkt. Nos. 4, 7), the initial case management conference is continued to **July 22, 2014, 1:30 p.m.**, and all related deadlines are adjusted accordingly.

　　　　**SO ORDERED**.

Dated:   May 14, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-05732-HRL Notice has been electronically mailed to:

Craig B Sanders     csanders@sanderslawpllc.com, ecf@sanderslawpllc.com